# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| CHRISTOPHER DAWES, and ZACHARIAH PINKNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>  vs.<br><br>COLLECTO, INC. d/b/a EOS CCA and US ASSET MANAGEMENT, INC.,<br><br>        Defendants. | Case No.: 16-cv-149<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Hon. Pamela Pepper |

Plaintiffs Christopher Dawes and Zachariah Pinkney, by counsel, Ademi & O'Reilly, LLP, and Defendants Collecto, Inc., and US Asset Management Inc., by counsel, Hinshaw & Culbertson, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendants Collecto, Inc., and US Asset Management Inc., are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 20th day of June 2016.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | HINSHAW & CULBERTSON, LLP |
| /s/ Mark A. Eldridge<br>Shpetim Ademi (SBN 1021729)<br>John D. Blythin (SBN 1046105)<br>Mark A. Eldridge (SBN 1089944)<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001<br>E-mail: meldridge@ademilaw.com<br>*Attorneys for Plaintiff* | /s/ David J. Hanus<br>David J. Hanus (SBN 1027901)<br>100 E. Wisconsin Ave.<br>Suite 2600<br>Milwaukee, WI 53202<br>Tel: (414) 276-6464<br>Fax: (414) 276-9220<br>Email: dhanus@hinshawlaw.com<br>*Attorneys for Defendants* |

1